



E-Tickets Software, Inc. - Windows Internet Explorer
http://e-ticketsinc.com/site/contact/contactus.html
File Edit View Favorites Tools Help
E-Tickets Software, Inc.
Page Tools
E-Tickets
Home
Corporate
Buy Tickets
Products/Services
Event Management
Promotions
Terms of Use
Contact Us
Contact Us
If you would like to contact us, we have provided the following for you.
If you would like to sell tickets with us click here
Phone:
Sales: 866-307-ETIX (3849)x13 (Toll Free)
Sales: 760-743-7976 x13
Customer Service: 760-743-7976 x10
Business Development: 760-743-7976 x12
Fax:
Main: 760-747-7372
E-mail:
General: info@e-ticketsinc.com
Sales: sales@e-ticketsinc.com
Customer Service: customerservice@e-ticketsinc.com
Support: support@e-ticketsinc.com
Billing: billing@e-ticketsinc.com
Mailing Address: (no walk-in)
2700-65 E. Valley Pkwy
Escondido, CA 92027
Internet
100%
start
E-Tickets Software, I...
3:19 PM







**E-Tickets Promotions also puts on Shows!**

Promotions
Contact Us
Booking

If you are a band in Southern California or a National Act and would like to play at an E-Tickets Promotions Show, send your stuff in (Music Stuff)!

To send us information on booking: click here.

When we receive your pack, it will be reviewed by our booking dept. Please follow up on your request two weeks after you have sent it.

Terms of Use
Contact Us

For more information:

Call us:
Aaron Mortensen
California Regional Manager
(760) 743-7976 ext. 10

 

 

Corporate

Home
General Info
About Us
Employment
Contact Us
The E-Tickets Family
Press Room

Terms of Use
Contact Us

**Our Companies**

## Employment

E-Tickets is looking for new employees to join our family. We have professional, technical, and entry-level positions available now!

We are looking for the following positions:

Sales Rep
Senior Sales Manager
Project Manager
Technical Administrator
Technical Web Administrator
Programming Technician
D.B.A.
Account Manager
Customer Service Manager
Customer Service Rep

If you have any questions please e-mail: employmentquestions@e-ticketsinc.com

Please send all resumes to:
E-Tickets Software Inc.
Attn: Human Resorces
2550 E. Valley pkwy. Dept. #21
Escondido, CA 92027
fax: 760-747-7372
e-mail: employment@e-ticketsinc.com
Thanks You-

E-Tickets Inc. is a equal opportunity employer.

© 2007, E-Tickets Software, All Rights Reserved!