**07 CV 6876**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x  Index No.:

NEW YEAR'S NATION, LLC,

**JUDGE BUCHWALD**

Plaintiff,

-against-                                              **Rule 7.1 Statement**

E-TICKETS SOFTWARE, INC. &
AARON L. MORTENSEN,

Defendants.

------------------------------------x



JUL 31 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>NEW YEAR'S NATION, LLC</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

Dated: July 26, 2007
       New York, NY

EDWARD C. GREENBERG
*Attorney for Plaintiff*
570 Lexington Avenue, 17th Fl.
New York, NY 10022
(212) 697-8777

Attorney Bar Code: EG-5553

NOTICE OF ENTRY

Please take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

Dated: New York, New York

Yours, etc.,

EDWARD C. GREENBERG, PC
Attorney for Plaintiff
570 Lexington Ave., 17th Floor
New York, New York 10022

To:

---

NOTICE OF SETTLEMENT

Please take notice that the _____ of which the within is a true copy will be presented for settlement to submission to one of the judges of the within named Court, at Room _____ of the Supreme Court of the State and County of New York on the _____ day of _____ 2007 at 9:00 in the forenoon of said day.

Dated: New York, NY

Yours, etc.,

Edward C. Greenberg, PC
570 Lexington Ave., 17th Floor
New York, New York 10022

To:

---

Index No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YEAR'S NATION, LLC,

Plaintiff

- against -

E-TICKETS SOFTWARE, INC. &
AARON L. MORTENSEN,

Defendants.

**RULE 7.1 STATEMENT**

EDWARD C. GREENBERG, PC
ATTORNEY FOR PLAINTIFF
570 Lexington Ave., 17th Floor
New York, New York 10022
(212) 697-8777

Service of the within _____ is hereby admitted

Dated:

Attorneys for

Certified pursuant to 22 NYCRR 130-1.1a

EDWARD GREENBERG, ESQ.