UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

Index No.: 07 Civ. 06876 (NRB)

---

NEW YEAR'S NATION, LLC,

                Plaintiff,

-against-

E-TICKETS SOFTWARE, INC. &
AARON L. MORTENSEN,

                Defendants.

---x

**ORDER DIRECTING SERVICE**

Upon the reading and filing of the annexed declaration of EDWARD GREENBERG duly sworn to on October 1, 2007 and upon all of the pleadings proceedings and exhibits annexed hereto it is

ORDERED that service of a copy of this order directing service and a copy of the summons and complaint in this action upon the defendant E-TICKETS SORTWARE, INC. by way of service upon the California Secretary of State by hand pursuant to 1702(a) of the California Corporate Code be deemed good and sufficient service.

Dated: New York, New York
      October 9, 2007

So Ordered:

_/s/_