| | | FOR COURT USE ONLY |
|---|---|---|
| EDWARD C. GREENBERG, P.C.<br>570 LEXINGTON AVENUE, 17TH FL.   NEW YORK, NY 10022<br>TELEPHONE NO.: (212) 697-8777   FAX NO. (Optional): (212) 697-2528<br>E-MAIL ADDRESS (Optional): | | |

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>M1115/07 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**Summons and Complaint; Exhibits**

   PERSON/ENTITY SERVED:   **AARON L. MORTENSEN**

      DATE OF POSTING:   10/18/2007
      TIME OF POSTING:   02:42 pm

      DATE OF MAILING:   October 18, 2007
      PLACE OF MAILING:   **LOS ANGELES**

   ADDRESS OF PROPERTY:   **2700-65 E. VALLEY PARKWAY**
                                **ESCONDIDO, CA 92027**
                                **(BUSINESS)**

MANNER OF SERVICE:
By posting in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenants; and mailing a copy by first class mail, postage pre-paid, and depositing said copies in the United States Mail, in a sealed envelope, addressed as stated above. [CCP §1162(3)]

Fee for Service: 65.00
   County: San Diego
   Registration No.: 914
Janney and Janney Attorney
Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 5, 2007**.

Signature: _____
             Gary Stanley

**PROOF OF SERVICE**

Order#: LA294034/GProo