Edward C. Greenberg, Esq. (ECG 5553)
EDWARD C. GREENBERG P.C.
570 Lexington Ave. 17th Floor
New York, New York
(212) 697-8777

Attorneys for Jann Yogman and New Year's Nation LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

NEW YEAR'S NATION, LLC,

        Plaintiff,

-against-

E-TICKETS SOFTWARE, INC. &
AARON L. MORTENSEN,

        Defendants.
------------------------------------x

E-TICKETS SOFTWARE, Inc.,

        Plaintiff,

-against-

NEW YEARS NATION, LLC, JANN YOGMAN, and
DOES 1-20

        Defendants.
------------------------------------x

Index No.: 07 CV 6876 (NRB)

Index No.: 07 CV 10484

**DEFAULT JUDGMENT**

    This action having been commenced on July 31, 2007 by the filing of the Summons and Complaint and a copy of the Summons and Complaint having been served on October 18, 2007 via substituted service pursuant to October 9, 2007 Order of this Court on the defendants E-Tickets Software Inc. & Aaron L. Mortensen, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED, that the plaintiff have judgment entered against the plaintiffs in the liquidated amount of $97,073.45 with interest at 9% from July 31, 2007 to ~~February 12,~~ May 19, 2008 amounting to $7,032.97 plus costs and ~~disbursements of this~~ attorney's fees ~~action in the amount of~~ $25,000. for a total sum of $129,106.42 ~~This matter is also set down for an inquest hearing on_____, 2008 to determine the full nature and extent of the damages owed plaintiff in this matter.~~ NRB

Dated: New York, New Yok
~~_____~~ May 19, 2008

_____
HON. NAOMI R. BUCHWALD

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____